UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HENRY R HU et al,

          Plaintiff,

  v.

LANEY S LEE et al,

          Defendant.

Case Number: CV09-02588 SC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Runan Zhang
2233 Wisconsin Avenue, NW
Suite 315
Washington, DC 20007

Runan Zhang
FAX 202-333-2719

Dated: February 8, 2010

                                            Richard W. Wieking, Clerk
                                            By: T. De Martini, Deputy Clerk