IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY R. HU and STEPHANIE F. HU, <br><br> Plaintiffs, <br><br> v. <br><br> LANEY LEE, JASON WANG, STEWARD WANG, ANITA BEI HUANG, JERRY HUANG, EDWARD WONG, KING MARK, I-95 MALL OF ASIA INC., A.T.E.C. HOLDING INC., AMERICAN PRODUCTS EXHIBITION & EXCHANGE CENTER (U.S.A.), INC., ETRADE GUARANTEE ASSURANCE CORP., EASY EXPRESS SERVICES CORP., KATHY WANG, RUNAN ZHANG, ANDY TING, <br><br> Defendants. | Case No. 09-2588 SC <br><br> AMENDED ORDER RE: DEFENDANT RUNAN ZHANG'S NOTICE OF MOTION AND MOTION TO EXTEND TIME, MOTION TO DISMISS, <u>MOTION TO STRIKE</u> |

The Court has received Defendant Runan Zhang's ex parte motion, entitled Notice of Motion and Motion to Extend Time, Motion to Dismiss, Motion to Strike ("Zhang Motion"). Defendant Runan Zhang is ordered to resubmit the Zhang Motion in compliance with General Order No. 45, regarding Electronic Case Filing, no later than Wednesday, February 10, 2010.

Plaintiff Henry R. Hu and Stephanie F. Hu ("Plaintiffs") must submit a partial response to the Zhang Motion no later than Tuesday, February 16, 2010. This response need only address the question of whether this Court should grant Defendant Runan Zhang's

request to retroactively extend the deadline for responding to Plaintiffs' Second Amended Complaint; it need not address the merits of the Zhang Motion with regard to the motions to dismiss and strike.  Alternatively, Plaintiffs may file a statement of non-opposition to the Zhang Motion.

IT IS SO ORDERED.

Dated: February 8, 2010



UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California