IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY R. HU and STEPHANIE F. HU, | ) Case No. 09-2588 SC |
| | ) |
| Plaintiffs, | ) ORDER GRANTING EXTENSION OF |
| | ) TIME FOR DEFENDANT RUNAN |
| v. | ) ZHANG TO RESPOND TO SECOND |
| | ) AMENDED COMPLAINT |
| LANEY LEE, JASON WANG, STEWARD | ) |
| WANG, ANITA BEI HUANG, JERRY | ) |
| HUANG, EDWARD WONG, KING MARK, I- | ) |
| 95 MALL OF ASIA INC., A.T.E.C. | ) |
| HOLDING INC., AMERICAN PRODUCTS | ) |
| EXHIBITION & EXCHANGE CENTER | ) |
| (U.S.A.), INC., ETRADE GUARANTEE | ) |
| ASSURANCE CORP., EASY EXPRESS | ) |
| SERVICES CORP., KATHY WANG, RUNAN | ) |
| ZHANG, ANDY TING, | ) |
| | ) |
| Defendants. | ) |

The Court has received Defendant Runan Zhang's ("Zhang's) ex parte motion, entitled Notice of Motion and Motion to Extend Time, Motion to Dismiss, Motion to Strike ("Zhang Motion"). This document was e-filed on the Court's electronic docket on February 11, 2010. Docket No. 45. Plaintiffs Henry R. Hu and Stephanie F. Hu ("Plaintiffs") have since submitted a partial Statement of Non-Opposition to the Zhang Motion, and do not oppose Zhang's request to extend the time to respond to the Second Amended Complaint. Docket No. 46. The Court therefore GRANTS Zhang's request to extend the time to respond to the Second Amended Complaint, and the

remainder of the Zhang Motion is therefore taken as submitted as a Motion to Dismiss.

The Court will consider the remainder of the Zhang Motion on the papers; there will be no oral argument or appearances. Zhang's Motion to Appear by Telephone (Docket No. 46) is therefore DENIED as moot. The Court will set April 9, 2010 as the effective date for determining the deadlines for pleadings responsive to Zhang's Motion. Plaintiffs may submit an Opposition, or a Statement of Non-Opposition, no later than March 19, 2010. Zhang may submit a Reply no later than March 26, 2010. The briefs must be properly e-filed, and must comply with the appropriate Civil Local Rules.

IT IS SO ORDERED.

Dated: February 16, 2010



_____
UNITED STATES DISTRICT JUDGE