**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

February 17, 2010


RE:  CV 09-02588 SC          HENRY R HU-v- LANEY S LEE


Default is entered as to defendant Laney Lee on 2/17/10. All parties noticed via e-mail or U.S. mail.




                              RICHARD W. WIEKING, Clerk

                              by Alfred Amistoso
                              Case Systems Administrator




NDC TR-4  Rev. 3/89