IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY R. HU and STEPHANIE F. HU, | ) Case No. 09-2588 SC |
| Plaintiffs, | ) ORDER GRANTING DEFENDANT ) RUNAN ZHANG'S MOTION TO |
| v. | ) DISMISS |
| LANEY LEE, JASON WANG, STEWARD WANG, ANITA BEI HUANG, JERRY HUANG, EDWARD WONG, KING MARK, I-95 MALL OF ASIA INC., A.T.E.C. HOLDING INC., AMERICAN PRODUCTS EXHIBITION & EXCHANGE CENTER (U.S.A.), INC., ETRADE GUARANTEE ASSURANCE CORP., EASY EXPRESS SERVICES CORP., KATHY WANG, RUNAN ZHANG, ANDY TING, | ) |
| Defendants. | ) |

On February 11, 2010, Defendant Runan Zhang ("Zhang") perfected her submission of a Motion to Extend Time, Motion to Dismiss, Motion to Strike.  Docket No. 45 ("Zhang Motion"). Although this document was submitted after the deadline to respond to Plaintiffs' Amended Complaint, Zhang explained the basis of her delay, and Plaintiffs Henry R. Hu and Stephanie F. Hu ("Plaintiffs") filed a statement of non-opposition, acceding to the extension of the deadline to respond.  Docket No. 47.

On February 17, 2010, this Court issued an Order indicating that the "Zhang Motion is therefore taken as submitted as a Motion

to Dismiss." Docket No. 50 ("Feb. 16, 2010 Order"). The Court issued the following statement:

> The Court will consider the remainder of the Zhang Motion on the papers; there will be no oral argument or appearances. . . . The Court will set April 9, 2010 as the effective date for determining the deadlines for pleadings responsive to Zhang's Motion. Plaintiffs may submit an Opposition, or a Statement of Non-Opposition, no later than March 19, 2010. Zhang may submit a Reply no later than March 26, 2010. The briefs must be properly e-filed, and must comply with the appropriate Civil Local Rules.

Id. at 2.

The deadline for the submission of an opposition has passed, and Plaintiffs have submitted neither an opposition nor a statement of non-opposition. The Court therefore considers the Zhang Motion to be unopposed. Zhang indicates that this Court lacks personal jurisdiction over her. Zhang Mot. at 7-11. Upon reviewing the Zhang Motion, as well as the Amended Complaint, Docket No. 31, the Court concludes that Plaintiffs have not met their burden of establishing personal jurisdiction over Zhang. The Zhang Motion is therefore GRANTED. Zhang is dismissed from this matter.

IT IS SO ORDERED.

Dated: April 5, 2010

UNITED STATES DISTRICT JUDGE