United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY R. HU and STEPHANIE F. HU,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LANEY LEE, JASON WANG, STEWARD WANG, ANITA BEI HUANG, JERRY HUANG, EDWARD WONG, KING MARK, I-95 MALL OF ASIA INC., A.T.E.C. HOLDING INC., AMERICAN PRODUCTS EXHIBITION & EXCHANGE CENTER (U.S.A.), INC., ETRADE GUARANTEE ASSURANCE CORP., EASY EXPRESS SERVICES CORP., KATHY WANG, RUNAN ZHANG, ANDY TING,<br><br>　　　　Defendants. | Case No. 09-2588 SC<br><br>ORDER DISMISSING DEFENDANTS ANITA BEI HUANG, JERRY HUANG, EDWARD WONG, KING MARK, KATHY WANG, ANDY TING |

On April 30, 2010, the Court held a case management conference during which Plaintiff agreed to voluntarily dismiss from this case Defendants who have not been served. Docket No. 54. On May 5, 2010, Plaintiff filed a Notice of Dismissal. Docket No. 56.

///
///
///
///
///
///

1  Accordingly, the Court hereby dismisses from this case
2  Defendants Anita Bei Huang, Jerry Huang, Edward Wong, King Mark,
3  Kathy Wang, and Andy Ting.

5  IT IS SO ORDERED.

7  Dated: May 6, 2010
   
   _____
   UNITED STATES DISTRICT JUDGE