HENRY R. HU (California Bar No.: 164165)
520 S. El Camino Real, Suite 510
San Mateo, CA 94402
Telephone: (650) 685-8189
Fax: (650) 685-8190
Email: lawhenryhu@gmail.com
Attorney for Self and Co-Plaintiff – STEPHANIE F. HU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY R. HU AND STEPHANIE F. HU** | CIVIL ACTION NO: CV092588SC |
| **Plaintiffs,** | |
| V. | APPLICATION FOR DEFAULT JUDGMENT BY COURT |
| **LANEY LEE, JASON WANG, STEWARD WANG, I-95 MALL OF ASIA INC.** | |
| **Defendants.** | Date: September 17, 2010 |
| | Time: 10:00 a.m |
| | Courtroom: 1 |

PLEASE TAKE NOTICE THAT on September 17, 2010 at 10:00 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at U.S. District Court for Northern California, 450 Golden Gate Ave., 17th Floor, Courtroom 1, San Francisco, CA 94102, Plaintiffs will present their application for a default judgment against each of the above-named defendants. The clerk has previously entered the default of said defendant LANEY LEE on February 17, 2010.  The clerk has previously entered the default of said defendant JASON

WANG on October 22, 2009. The clerk has previously entered the default of said defendant STEWARD WANG on October 19, 2009. The clerk has previously entered the default of said defendant I-95 MALL OF ASIA INC. on December 15, 2009.

Plaintiffs now move the Court for an order granting default judgment in their favor pursuant to FRCivP 55(a) and (b)(2). The plaintiffs respectfully request that the Court to:

1. Issue findings of fact and conclusions of law that the defendants committed the alleged violations of the securities law specified in the complaint.

2. Issue judgments, in forms consistent with Rule 65(d) of the Federal Rules of Civil Procedure, temporarily, preliminarily and permanently enjoining the defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of the judgment by personal service or otherwise, and each of them, from violating Sections 5(a), 5(c), and 17(a) of the Securities Act 15 U.S.C. §§ 77e(a), 77e(c), and 77q(a), and Sections 10(b) and 15(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) & 78o(a), and Rule 10b-5 thereunder, 17 C.F.R. § 240. 10b-5.

3. Issue, in a form consistent with Rule 65 of the Federal Rules of Civil Procedure, a temporary restraining order and a preliminary injunction freezing the assets of each of the defendants and any entity affiliated with any of them, appointing a receiver over I-95 and its affiliated companies, prohibiting each of the defendants from destroying documents, granting expedited discovery, and requiring accountings from each of the defendants.

4. Order each of the defendants to disgorge all ill-gotten gains from the defendants' illegal conduct, together with prejudgment interest and costs thereon.

5. Order each of the defendants to disgorge and repay Plaintiffs' $250,000 I-95 stock purchase money, together with prejudgment interest thereon.

6. Order each of the defendants to pay civil penalties under Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3)

7. Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

8. Grant such other and further relief as this Court may determine to be just and necessary.

At the time and place of hearing, the plaintiffs will present proof of the following matters:

1. Defendants are not minors or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

2. Said defendants have not appeared in this action.

3. Notice of this application for default judgment by court was served on each of said defendants on July 30, 2010 by first class mail to their last known addresses.

4. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint.

This Application is based on this Notice, Default entered as to the defendants, the attached declaration of plaintiffs with supporting evidence, and the filed complaint and amended complaint and other pleadings, files and other matters that may be presented at the hearing.

Dated: July 30, 2010

/s/ Henry R. Hu
Attorney at Law for Self and Co-Plaintiff - Stephanie F. Hu

APPLICATION FOR DEFAULT JUDGMENT BY COURT
C-09-02588 SC                                                                          Page   3   of   4

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

That my business address is 520 South El Camino Real, Suite 510, San Mateo, California 94402.

That I served a true and correct copy of Application for Default Judgment (Case No. CV092588SC) to each of the following Defendants at their last known addresses, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

I-95 MALL OF ASIA INC.
5602 Baltimore National Pike, Suite 700
Baltimore, MD 21228

Laney Lee
3986 Top View Road
Ellicott, MD 21042

Jason Wang
3986 Top View Road
Ellicott, MD 21042

Steward Wang
3986 Top View Road
Ellicott, MD 21042

Executed on July 30, 2010 at San Mateo, California.

Signed: _____
      Henry R. Hu

APPLICATION FOR DEFAULT JUDGMENT BY COURT
C-09-02588 SC                                                                                   Page 4 of 4