IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY R. HU and STEPHANIE F. HU, <br><br> Plaintiffs, <br><br> v. <br><br> LANEY LEE, JASON WANG, STEWARD WANG, I-95 MALL OF ASIA INC., <br><br> Defendants. | Case No. 09-2588 SC <br><br> DEFAULT JUDGMENT |

In accordance with the Court's September 20, 2010 Order Granting Application for Default Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that:

Judgment in this action shall be entered in favor of PLAINTIFFS Henry R. Hu and Stephanie F. Hu. and against DEFENDANTS Laney Lee, Jason Wang, Steward Wang, and I-95 Mall of Asia Inc. in the amount of $250,000.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: September 20, 2010

_____
UNITED STATES DISTRICT JUDGE